IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re:

| | : | Case No.: 23-50214 |
|---|---|---|
| Thomas J. Conner, | : | |
| | : | Chapter 7 |
| | : | |
| Debtor(s). | : | Judge Nami Khorrami |

**NOTICE OF CHANGE OF MAILING ADDRESS OF DEBTOR**

The Debtor, by and through the undersigned, hereby gives notice of the following change of mailing address:

Old mailing address: 1595 Brentnell Ave
Columbus, OH 43219

New mailing address: 1066 East Weber Road
Columbus, OH 43211

Respectfully submitted,

/s/ Tyler D. Cope _____
Tyler D. Cope (0097411)
The Legal Aid Society of Columbus
Attorney for the Debtor(s)
1108 City Park Ave.
Suite 100
Columbus, OH 43206
Phone: 614-737-0176
Fax: 614-224-4514
Email: tcope@columbuslegalaid.org
*Attorney for the Debtor*

1

**CERTIFICATE OF SERVICE**

       I hereby certify that a copy of the foregoing Notice of Change of Mailing Address of Debtor was served (i) electronically on the date of filing through the Court's ECF System on all ECF participants registered in this case at the email address registered with the Court; (ii) by ordinary U.S. Mail on July 11, 2023, addressed to:

Thomas J. Conner
1066 East Weber Road
Columbus, OH 43211


                                              /s/ Tyler D. Cope_____
                                              Tyler D. Cope (0097411)