**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: July 12, 2023**



Mina Nami Khorrami
United States Bankruptcy Judge

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No.: 23-50214 |
| | : | |
| Thomas J. Conner, | : | |
| | : | Chapter 7 |
| | : | |
| Debtor(s). | : | Judge Nami Khorrami |

**ORDER GRANTING DEBTOR'S AMENDED MOTION TO AVOID LIEN (DOC. 26)**

This matter comes before the Court on the Debtor's Amended Motion to Avoid Judicial Lien on Real Property Pursuant to 11 U.S.C. §522(f)(1)(A) filed on June 16, 2023 (Doc. 26) (the "Motion"). Through the Motion, the Debtor requested this Court to avoid the judicial lien of National City Bank Columbus, now owned and operated by PNC Bank, National Association (the "Creditor") to the extent said lien impairs the exemptions of the Debtor. The Debtor owns a one-half ownership interest in the real estate located at 3036 East 13th Avenue Columbus, OH 43219 (the "Real Estate"). The amount of the judicial lien is $3,612.84. The judicial lien was recorded on August 7, 1998, with the Franklin County Court of Common Pleas case number 1998 JG 011273.

2

The Motion was properly noticed and served, and no responses or requests for hearing were filed, or any responses were subsequently withdrawn.

Accordingly, the Motion is GRANTED.

Upon the entry of this Order, the judicial lien of the Creditor is avoided with respect to the Debtor's interest in the property only. This Order has no effect on the interest of any non-filing co-owner of the property. Should the Creditor fail to timely release the judicial lien, the Debtor may submit this Order to the applicable court or recorder's office as evidence of the release of the judicial lien.

IT IS SO ORDERED.

Submitted by:

/s/ Tyler D. Cope
Tyler D. Cope (0097411)
The Legal Aid Society of Columbus
Attorney for the Debtor(s)
1108 City Park Ave.
Columbus, OH 43206
Phone: 614-737-0176
Fax: 614-224-4514
Email: tcope@columbuslegalaid.org
*Attorney for the Debtor*

Copies to Default List plus the following parties:

PNC Bank, National Association
Attn: CEO
222 Delaware Ave
Wilmington, DE 19801

City National Bank
923 N High St.
Worthington, OH 43085