**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Mina Nami Khorrami
United States Bankruptcy Judge

**Dated: August 11, 2023**

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No.: 23-50214 |
| | : | |
| Thomas J. Conner, | : | |
| | : | Chapter 7 |
| | : | |
| Debtor(s). | : | Judge Nami Khorrami |

### ORDER GRANTING DEBTOR'S MOTION TO DELAY CASE CLOSING (DOC. 30)

This matter comes before the Court on the Debtor's Motion to Delay Case Closing filed on July 11, 2023 (Doc. 30) (the "Motion"). Through the Motion, the Debtor requested this Court delay the closing of his case to provide enough time to allow the Debtor to determine if litigation is necessary to protect his right to file an action to determine the dischargability of his student loans held by the Department of Education regarding the new guidance on federal student loans and the discharge thereof in bankruptcy issued by the U.S. Department of Justice and U.S. Department of Education on November 17, 2022.

The Motion was properly noticed and served, and no responses or requests for hearing were filed, or any responses were subsequently withdrawn.

Accordingly, the Motion is GRANTED.

It is therefore ORDERED and DECREED that this case shall not be closed until 30 days from the entry of this order.

IT IS SO ORDERED.

Submitted by:

/s/ Tyler D. Cope_____
Tyler D. Cope (0097411)
The Legal Aid Society of Columbus
Attorney for the Debtor(s)
1108 City Park Ave.
Columbus, OH 43206
Phone: 614-737-0176
Fax: 614-224-4514
Email: tcope@columbuslegalaid.org
*Attorney for the Debtor*

Copies to Default List

United States Bankruptcy Court

Southern District of Ohio

| | |
|---|---|
| In re: | Case No. 23-50214-mnk |
| Thomas J Conner | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0648-2 | User: ad | Page 1 of 1 |
| Date Rcvd: Aug 11, 2023 | Form ID: pdf01 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Thomas J Conner, 1066 East Weber Road, Columbus, OH 43211-1259 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Asst US Trustee (Col) | ustpregion09.cb.ecf@usdoj.gov |
| James Mackey | on behalf of Debtor Thomas J Conner jmackey@columbuslegalaid.org  mackeyjr42515@notify.bestcase.com |
| Melissa S. Giberson | trusteegiberson@vorys.com  msg@trustesolutions.net;mdwalkuski@vorys.com |
| Tyler D. Cope | on behalf of Debtor Thomas J Conner tcope@columbuslegalaid.org  Cope.TylerR42515@notify.bestcase.com |

TOTAL: 4